SOMERSET COUNTY CHILDREN AND YOUTH SERVICES, Petitioner

v.

H.B.R., Respondent

No. 91 WAL 2017

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

Nicholas LEBOTESIS, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent

No. 175 WAL 2017

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

POPS PCE TT, LP, Petitioner

v.

R & R RESTAURANT GROUP, LLC, f/k/a Brewstone Pittsburgh, LLC, Respondent

No. 82 WAL 2017

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**